# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KALLILAH BUTLER,

    Plaintiff,

v.                                    CASE NO. 4:18cv537-RH-CAS

FLORIDA DEPARTMENT OF
ELDER AFFAIRS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed. The plaintiff has apparently abandoned the case.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on April 19, 2019.

                                                s/Robert L. Hinkle
                                                United States District Judge